THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WHITE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. —Renewed motion by appellant for leave to appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Francis E. Doughty, Esq., 181 Main Street, Beacon, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

OTTO B. SCHMIDT, Respondent, v. AMERICAN BUILDING MAINTENANCE Co., INC., et al., Appellants.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

ANN WERNER, Appellant, v. BESSIE THOENS, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; the appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

VERONICA BARTONE, Respondent, v. LEONARDO BARTONE, Appellant.— In an action by a wife for a separation, the defendant husband appeals from an order of the Supreme Court, Westchester County, dated August 19, 1960, awarding alimony *pendente lite* and counsel fees to the plaintiff wife. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

JULIUS M. F. CONRAD, Respondent, v. BRILHART PLASTICS CORPORATION, Appellant.— In an action to recover four unpaid installments of compensation for the months of February, March, April and May, 1960, claimed to be due under a written contract of employment between plaintiff and the defendant corporation, in which the corporation, claiming that the contract is void and unenforcible, asserted counterclaims to recover $18,750 theretofore paid to plaintiff under the contract, the corporation appeals: (1) from an order of the County Court, Nassau County, dated September 6, 1960, which granted plaintiff's motion, pursuant to rule 113 of the Rules of Civil Practice, for summary judgment dismissing the counterclaims and for partial summary judgment on the complaint with respect to the first three unpaid installments; which severed the action as to the fourth or last installment; and which denied the corporation's cross motion for summary judgment on its counterclaims and for summary judgment dismissing the complaint; and (2) from the judgment of said court, dated September 7, 1960, entered upon said order. Order modified as follows: (1) by striking out the second, third and fourth decretal paragraphs which grant plaintiff's motion for summary judgment dismissing the counterclaims and for partial summary judgment on the complaint, which sever the action and which direct the entry of judgment accordingly; and (2) by substituting therefor a paragraph denying plaintiff's motion *in toto*. As so modified, the order is affirmed, with $10 costs and disbursements to the corporation. Judgment reversed, without costs. In our opinion, this record presents issues of fact which should be resolved after a plenary trial. Hence, neither party is entitled to summary judgment. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.